612

peal, 1st Appellate District, of California, denied. *Mr. Robert B. McClellan, pro se. Messrs. U. S. Webb* and *Charles A. Wetmore, Jr.*, for respondent.

No. 129. MUELLER *v.* UNITED STATES. October 10 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bart A. Riley* for petition. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Raymond S. Norris, Paul D. Miller,* and *W. Marvin Smith* for the United States.

No. 130. PAN AMERICAN PETROLEUM Co. *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. S. M. Haskins* and *Norman S. Sterry* for petitioner. *Solicitor General Thacher, Assistant Attorney General Richardson,* and *Messrs. Atlee Pomerene, Thomas M. Kirby,* and *Frank Harrison* for the United States.

No. 132. NEW ENGLAND TRUST Co. *v.* FARR ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Edward C. Stone* for petitioner. *Mr. John G. Palfrey* for respondents.

No. 133. PEYTONA LUMBER Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. F. M. Livezey* for petitioner. *Solici-*

*tor General Thacher, Assistant Attorney General Young-quist,* and *Messrs. Whitney North Seymour, Sewall Key, John MacC. Hudson,* and *Erwin N. Griswold* for respondent.

No. 139. S. A. Woods Machine Co. *v.* Commissioner of Internal Revenue. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Paxton Blair* and *Henry H. Dinneen* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Francis H. Horan* for respondent.

No. 140. St. Louis-San Francisco Ry. Co. *v.* Holt, Administratrix. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. M. K. Cruce, Alexander P. Stewart, Edward T. Miller,* and *Ben Franklin* for petitioner. *Mr. O. A. Cargill* for respondent.

No. 142. Memphis Union Station Co. et al. *v.* Hartman, Judge. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Thomas J. Cole, Edward J. White,* and *John W. Canada* for petitioners. *Mr. Wm. H. Douglass* for respondent.

No. 143. Consolidated Indemnity & Insurance Co. *v.* W. A. Smoot & Co., Inc., et al. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. P. J. J. Nicolaides* for petitioner. *Mr. Bynum E. Hinton* for respondents.